### ALICE LLOYD COLLEGE FACULTY EMPLOYMENT CONTRACT

This contract is made and entered into this __31st__ day of __July__, 2006 between Alice Lloyd College of Pippa Passes, Kentucky, party of the first part, and __Dr. Shewaferaw S. Shibeshi__ of __Pippa Passes, KY__, party of the second part. **WITNESSETH:** That the party of the first part, for and in consideration of the party of the second part's rendering of professional services during the fiscal year **August 1, 2006** to **July 31, 2007** as __Assistant Professor of Physics__ performing said services from __August 14, 2006__ to __May 12, 2007__, which services are more particularly set out in the Faculty/Staff Handbook, hereby agrees to compensate the second party as follows:

1. Cash salary in the sum of $ __31,599.00__ to be paid in __twelve__ (12) monthly installments of $ __2,633.25__ on the fifth (or next business day if the fifth falls on a weekend or holiday) of the month following performance, deductions for social security and income tax withholdings to be made in accordance with government regulations.
2. That the party of the first part provides a TIAA-CREF Retirement Program to which it will contribute up to 9%, with a 5% minimum, of cash salary provided it is matched equally by the same percentage salary reduction by the party of the second part. Participation is voluntary and application to the program is necessary by the second part. The party of the first part also provides a Comprehensive Health Insurance Program on a 75/25 matching basis with the employer paying 75% and the employee paying 25%. This program is voluntary and application is necessary within thirty (30) days of employment. The party of the first part also provides a Term Life Insurance Program (with AD&D), the cost of which is paid by the employer.

### IT IS FURTHER UNDERSTOOD:

3. That the party of the second part will teach or perform duties equivalent to a total of thirty (30) semester hours per academic year and perform other outside duties expected of such position.
4. That because of the extensive involvement expected of all faculty and staff members, employment outside of the College must have prior approval of the Executive Vice President/Dean of the College.
5. That as an employee of Alice Lloyd College or The June Buchanan School, I agree to familiarize myself with the mission statements of Alice Lloyd College and The June Buchanan School and conduct myself accordingly.
6. That this agreement becomes binding on May 15 and subject to the termination notice. Termination after May 15 will result in a full ninety (90) days payment by the terminating party, except in a case of aggravated breach.
7. That this agreement can be terminated upon ninety (90) days written notice by either party except that, in the case of aggravated breach of this agreement with reference to any of the hereinabove conditions, it is agreed that no notice of termination is necessary. It is the policy of this College not to extend tenure to any of the professional or educational staff, and this contract for the dates specified above, represents the only agreement between the parties involved.

ALICE LLOYD COLLEGE
Party of the First Part                                Party of the Second Part

By _Joe Alan Stepp_                                    By _Shewaferaw_
   President
_[signature]_                                          Tendered __July 31, 2006__
Line Officer                                           Acceptance Date __08/08/06__
                                                       (to be within 10 days of tender)

**EXHIBIT**

D